IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS C. JENKINS,

        Plaintiff,

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

Civil No. 04-202-HU

ORDER

     Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7500.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded in connection with this matter.

     DATED this 15th day of July, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE/MAGISTRATE

Presented by:

*[signature]* 7/15/05
PHYLLIS BURKE, OSB #81459    Date
(503) 460-3200
Attorney for Plaintiff Jenkins

ORDER